**Order entered May 6, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01056-CV**

**LG CHEM, LTD., Appellant**

**V.**

**CHRISTOPHER W. TULLIS, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-05481**

**ORDER**

Before the Court is appellee's May 5, 2022 unopposed second motion for an extension of time to file his brief. We **GRANT** the motion and extend the time to **May 27, 2022**. We caution appellee that further extension requests in this accelerated appeal will be disfavored.

/s/    KEN MOLBERG
           JUSTICE